UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>STANLEY EDWARD JAMISON, JR.,<br><br>Movant. | No. 2:99-cr-0369 GEB CKD P<br><br><br><br>ORDER |

On October 4, 2017, the court granted movant 14 days within which to file a supplemental brief as to why movant's claims are not time-barred. The court granted respondent 14 days from service of movant's supplemental brief to file a response. Movant filed his supplemental brief on October 19, 2017. Respondent has not filed a response.

The court has learned that counsel for respondent, Ross K. Naughton, is no longer employed at the U.S. Attorney's Office and, therefore, no longer represents respondent. It is not clear whether the court's notice concerning supplemental briefing was ever received by anyone at the U.S. Attorney's Office.

/////

/////

/////

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve a copy of this order on Assistant U.S. Attorney Michele Beckwith.

2. Within 14 days, respondent may file a response to movant's October 19, 2017 supplemental brief concerning whether movant's claims are time barred.

Dated: December 13, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jami0369.ext