UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Respondent,<br>v.<br>STANLEY EDWARD JAMISON, JR.,<br>Movant. | No. 2:99-cr-0369 GEB CKD P<br><br>ORDER |

Movant, a federal prisoner proceeding through counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 8, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Movant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 8, 2018, are adopted in full;

2. Movant's June 17, 2016, motion for habeas corpus relief under 28 U.S.C. § 2255 (ECF No. 200) is denied as time barred;

3. The court grants movant the certificate of appealability referenced in 28 U.S.C. § 2253 on whether movant's 28 U.S.C. § 2255 motion was timely filed; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:16-cv-3064 GEB CKD.

Dated: January 24, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge